UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER JOHNSON,

                Plaintiff,

  -against-

DONALD J. TRUMP,

               Defendant.

25-cv-0607 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the September 09, 2025, order, the complaint is hereby DISMISSED without prejudice because the Court lacks subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 11, 2025
         New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                      Chief United States District Judge